UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SHAWNDRA FAISON, Individually and on behalf of all others similarly situated,**

    Plaintiff,

v.                                                   Case No: 8:19-cv-2782-T-35TGW

**GOLD CARE FINANCE CORPORATION, a Florida corporation,**

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Plaintiff's Notice of Dismissal with Prejudice, (Dkt. 8), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE.** The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 20th day of December, 2019.

_[signature]_
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any pro se party